IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MPI MECHANICAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-1228 GMS |
| | ) | |
| FEDERAL INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on September 3, 2004, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on September 13, 2004, a return of service executed as to the defendant was filed with the court;

WHEREAS, on October 6, 2004, the court granted an extension of time to October 27, 2004, within which to  answer or otherwise respond to the Complaint;

WHEREAS, the defendant's answer to the Complaint was due on October 27, 2004, and

WHEREAS, on February 11, 2005, the court granted the uncontested motion to stay litigation for a period of 60 days;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1.  The defendant shall answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated:  April 28, 2005                    /s/ Gregory M. Sleet_____
                                          UNITED STATES DISTRICT JUDGE