# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MPI MECHANICAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1228-GMS |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **30th** day of **September, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, October 11, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, October 13, 2005 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE