**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MPI MECHANICAL, INC.,                           :

        Plaintiff,                           :

                          :     Case No. 04-1228 GMS

        v.                           :

FEDERAL INSURANCE COMPANY,        :

        Defendant.                           :

## MPI MECHANICAL, INC.'S INITIAL DISCLOSURES

The Plaintiff, MPI Mechanical, Inc. ("MPI"), by and through its undersigned counsel, submits its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1):

I.      Pursuant to Fed.R.Civ.P. 26(a)(1)(A), the following individuals, upon information and belief, have or possess discoverable information regarding MPI's claims against Federal Insurance Company:

      A.    Richard Menton
            President
            MPI Mechanical, Inc.
            c/o Cohen Seglias Pallas Greenhall & Furman, P.C.
            1515 Market Street, Suite 1100
            Philadelphia, Pennsylvania 19102
            (215) 564-1700

            Mr. Menton will testify about the construction of the Water Supply Reservoir Project for the City of Newark (the "Project"). He may also testify regarding Project invoicing, payments received by MPI, MPI's claim under the bond provided by Federal Insurance Company and the damages suffered by MPI.

B.     John Joachimowski
Project foreman
MPI Mechanical, Inc.
c/o Cohen Seglias Pallas Greenhall & Furman, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
(215) 564-1700

Mr. Joachimowski will testify about the construction of the Project.

C.     Judy Gregory
Office manager
MPI Mechanical, Inc.
c/o Cohen Seglias Pallas Greenhall & Furman, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
(215) 564-1700

Ms. Gregory will testify about MPI's invoicing related to the Project and payments received by MPI for work performed on the Project.

D.     Carol Houck
Assistant City Manager
City of Newark
220 Elkton Road
Newark, Delaware 19715
(302) 766-3022

Ms. Houck will testify about the City of Newark's payments to Donald M. Durkin Contracting, Inc. ("Durkin") and MPI for work performed by MPI on the Project.

E.     MPI reserves the right to identify additional individuals if it is discovered that such persons are likely to have discoverable information.

II.    Pursuant to Fed.R.Civ.P. 26(a)(1)(B), MPI may rely upon the following documents in support of its claims:

A.     May 10, 2002 Contract between MPI and Durkin, which was attached to MPI's Complaint as Exhibit A;

B.     Payment Bond provided by Federal Insurance Company guaranteeing payments from Durkin to its subcontractors on the Project, which was attached to MPI's Complaint as Exhibit B;

C.     Correspondence between MPI, Durkin, Federal Insurance Company, and/or the City of Newark;

D.     Applications for Payment;

E.     Records of Payments received from Durkin;

F.     Change Order Requests;

G.     Change Orders;

H.     Scheduling Documentation;

I.     Project Costing Documents;

J.     Daily Project Log Books;

K.     Photographs;

L.     Plans and Specifications for the Project; and

M.     MPI reserves the right to identify additional documents if and when they are discovered.

III.     Pursuant to Fed.R.Civ.P. 26(a) (1) (C), MPI's damages are calculated as follows:

During the course of its performance on the Project, MPI supplied labor and materials to Durkin on the Project valued in excess of $594,055.25. MPI invoiced the amount of $594,055.25 to Durkin and was paid only $503,800.20, leaving a balance of $90,255.05 due and owing to MPI. Subsequently, the City of Newark made a payment of $58,986.82 directly to MPI. Currently, a balance of $31,268.23 remains due to MPI for work performed at the Project.

MPI made a claim under the Payment Bond provided by Federal Insurance Company for the unpaid balance due to MPI for work performed on the Project. Despite demand, Federal Insurance Company has failed to fulfill its obligation under the bond by failing to pay the outstanding balance of $31,268.23 to MPI.

MPI calculates its damages claim against Federal Insurance Company to include the outstanding balance of $31,268.23 due under the Payment Bond, together with interest, costs, expenses and actual attorney's fees.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

By:_____
Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date:_____10/11/05_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MPI MECHANICAL, INC.,           :

                 :

        Plaintiff,          :

                 :     Case No. 04-1228 GMS

        v.               :

FEDERAL INSURANCE COMPANY,  :

                 :

        Defendant.      :

## <u>CERTIFICATE OF SERVICE</u>

I, John J. Graham, Jr., hereby certify that on October 11, 2005, a true and accurate copy

of the Initial Disclosures of MPI Mechanical, Inc. was served via U.S. First Class Mail, postage

prepaid, upon the following:

        Patrick R. Kingsley, Esquire
        Stradley, Ronon, Stevens & Young, LLP
        2600 One Commerce Square
        Philadelphia, PA  19103-7098

                               John J. Graham, Jr.