IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MPI MECHANICAL, INC.,            )
        Plaintiff,            )   CIVIL ACTION NO. 04-1228 GMS
                              )
v.                               )
                              )
FEDERAL INSURANCE COMPANY,       )
        Defendant.            )

**NOTICE OF SERVICE OF INITIAL DISCLOSURES OF
DEFENDANT, FEDERAL INSURANCE COMPANY**

Defendant, Federal Insurance Company (hereafter "Federal"), through its undersigned counsel, caused a copy of Federal's Initial Disclosures to be served via facsimile and regular mail upon counsel for Plaintiff, MPI, Mechanical, Inc., on October 24, 2005.

By: _____
STRADLEY, RONON, STEVENS & YOUNG, LLP



FILED
OCT 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Sheela P. Dattani
Delaware Bar ID No. 3620
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 576-5850
(302) 576-5858 Fax

Attorneys for Defendant,
Federal Insurance Company

L 411018 v.1

## CERTIFICATE OF SERVICE

I, David M. Burkholder, Esquire, do hereby certify that on October 24, 2005, I caused a copy of the foregoing along with a copy of the Initial Disclosures of Defendant, Federal Insurance Company, to be served via facsimile and regular mail upon the following:

John J. Graham, Jr., Esquire
Edward Seglias, Esquire
Robert K. Beste, Jr., Esquire
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
Nemours Building, Suite 205
Wilmington, DE  19801

Attorneys for Plaintiff,
MPI Mechanical, Inc.

_____
David M. Burkholder, Esquire