IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC., | : |
| Plaintiff, | : |
| | : Case No. 04-1228 GMS |
| v. | : |
| FEDERAL INSURANCE COMPANY, | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that, on the 16th day of November, 2005, two (2) true and correct copies of MPI Mechanical, Inc.'s First Requests for Production of Documents Addressed to Federal Insurance Company, were sent by First-Class Mail to the following:

Patrick R. Kingsley, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Edward Seglias, Esq. (I.D. #2822)
Robert K. Beste, Jr., Esq. (I.D. #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE  19801
(302) 425-5089
Attorneys for Plaintiff

Dated: 11/16/05
RKB/msj
05750-0001