**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MPI MECHANICAL, INC., | ) | |
|         Plaintiff, | ) | CIVIL ACTION NO. 04-1228 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
|         Defendant. | ) | |

**NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS OF
DEFENDANT, FEDERAL INSURANCE COMPANY**

Defendant, Federal Insurance Company (hereafter "Federal"), through its undersigned counsel, caused a copy of Federal's Request for Production of Documents to be served via facsimile and regular mail upon counsel for Plaintiff, MPI, Mechanical, Inc., on December 13, 2005.

                                                By: /s/ Frances Gauthier  #3390
                                                STRADLEY, RONON, STEVENS & YOUNG, LLP

Frances Gauthier
Delaware Bar ID No. 3390
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5850
(302) 576-5858 Fax

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Defendant,
Federal Insurance Company

L 417755v.1

## **CERTIFICATE OF SERVICE**

I, Frances Gauthier, Esquire, do hereby certify that on December 13, 2005, I caused a copy of the foregoing along with a copy of the Requests of Defendant, Federal Insurance Company, for Production of Documents to be served via facsimile and regular mail upon the following:

John J. Graham, Jr., Esquire
Edward Seglias, Esquire
Robert K. Beste, Jr., Esquire
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
Nemours Building, Suite 205
Wilmington, DE  19801

Attorneys for Plaintiff,
MPI Mechanical, Inc.

/s/ Frances Gauthier  #3390
Frances Gauthier

L 417755v.1