### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MPI MECHANICAL, INC., | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. 04-1228 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
|     Defendant. | ) | |

### NOTICE OF ENTRY OF APPEARANCE FOR
### <u>DEFENDANT, FEDERAL INSURANCE COMPANY</u>

    Kindly enter my appearance as counsel for the Defendant, Federal Insurance Company, in the above-referenced matter.

    By: /s/ Frances Gauthier  #3390
STRADLEY, RONON, STEVENS & YOUNG, LLP

Frances Gauthier
Delaware Bar ID No. 3390
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5850
(302) 576-5858 Fax

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Defendant,
Federal Insurance Company

## **CERTIFICATE OF SERVICE**

I, Frances Gauthier, Esquire, do hereby certify that on December 14, 2005, I caused a copy of the foregoing along with a copy of the Notice of Entry of Appearance for Defendant, Federal Insurance Company, to be served via electronic mail upon the following:

John J. Graham, Jr., Esquire
Edward Seglias, Esquire
Robert K. Beste, Jr., Esquire
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
Nemours Building, Suite 205
Wilmington, DE  19801

Attorneys for Plaintiff,
MPI Mechanical, Inc.


/s/ Frances Gauthier  #3390
Frances Gauthier

L 417755v.1