IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC., Plaintiff | No. 04-1228 GMS |
| vs. | |
| FEDERAL INSURANCE COMPANY, Defendant | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter our appearance as co-counsel on behalf of Federal Insurance Company in the within action.

                               Powell, Trachtman, Logan,
                               Carrle & Lombardo, P.C.

By: _____
     Paul A. Logan – Delaware Supreme Court ID 3339
     475 Allendale Road
     Suite 200
     King of Prussia, PA 19406
     Telephone:  (610) 354-9700
     Fax:          (610) 354-9760
     Co-counsel for Federal Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC., Plaintiff<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br>Defendant | No. 04-1228 GMS |

## PROOF OF SERVICE

I, Paul A. Logan, co-counsel for Federal Insurance Company certify that on

*January 4*, 2006, a true and correct copy of the foregoing Entry of Appearance was served upon the following by U.S. Mail, postage prepaid, at the addresses below.

Edward Seglias, Esquire
Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas,
   Greenhall & Furman, P.C.
Nemours Building
1007 Orange Street
Suite 205
Wilmington, DE 19801
Attorneys for Plaintiff

Patrick R. Kingsley, Esquire
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Co-Counsel for Defendant

**Powell, Trachtman, Logan,
   Carrle & Lombardo, P.C.**

By: _____
Paul A. Logan – Delaware Supreme Court ID 3339
475 Allendale Road
Suite 200
King of Prussia, PA 19406
Telephone:  (610) 354-9700
Fax:            (610) 354-9760
Co-counsel for Federal Insurance Company