

# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

| | | | | |
|---|---|---|---|---|
| ROY S. COHEN⁰* | SENIOR COUNSEL | NEMOURS BUILDING | JAMIE L. SANDMAN ⁰*• | WILLIAM J. MEYER ⁰*+ |
| JOHN A. GREENHALL⁰*• | HERMAN E. CARDONI⁰* | 1007 ORANGE STREET, SUITE 205 | RENE DAVID QUINLAN ⁰* | DANA B. OSTROVSKY ⁰*• |
| GEORGE E. PALLAS⁰*• | KEVIN B. WATSON⁰*‡¹ | WILMINGTON, DELAWARE | JANET L. TREIMAN ⁰*• | STANLEY R. GENTILE ⁰*• |
| EDWARD SEGLIAS* | | | LEONARD A. WINDISH ⁰*• | LUCY H. HALATYN ⁰*≈‡ |
| MARC FURMAN⁰* | OF COUNSEL: | TEL: 302.425.5089 • FAX: 302.425.5097 | LANE F. KELMAN ⁰*• | THOMAS N. SWEENEY ⁰*• |
| MARIAN A. KORNILOWICZ⁰*•‡≈ | STEVEN B. SILVERMAN⁰* | www.cohenseglias.com | CARTER N. WILLIAMSON ⁰*• | LISA M. WAMPLER ⁰* |
| JASON A. COPLEY⁰*• | LONNY S. CADES⁰* | | DOUGLAS E. BURRY ⁰* • | JOSHUA KOHNER ⁰*•† |
| SHAWN R. FARRELL⁰*• | | | JENNIFER M. HORN ⁰*•∞ | PATRICK J. KEARNEY ⁰*• |
| ROBERTA FRANKEL BLOOM⁰*• | | | JONATHAN LANDESMAN ⁰*‡ | MATTHEW S. BURNS ⁰*• |
| THOMAS C. ZIPFEL⁰*• | | | | JOHN J. GRAHAM, JR. ⁰* |
| EDWARD T. DELISLE⁰*• | | February 22, 2006 | | GAETANO P. PICCIRILLI ⁰*• |
| ROBERT K. BESTE* | | | | |
| J. KENNETH HARRIS⁰*• | | | | NOT ADMITTED IN DE ⁰ |
| KENT A. F. WEISERT⁰*• | | | | ALSO ADMITTED IN PA * |
| | | | | ALSO ADMITTED IN NJ • |
| | | | | ALSO ADMITTED IN NY ‡ |
| | | | | ALSO ADMITTED IN MA ≈ |
| | | | | ALSO ADMITTED IN GA † |
| | | | | ALSO ADMITTED IN MD ♦ |
| | | | | ALSO ADMITTED IN DC ∞ |
| | | | | ALSO ADMITTED IN WV + |
| | | | | ALSO ADMITTED IN KY ¹ |

**BY ELECTRONIC FILING AND**
**FIRST-CLASS MAIL**
The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    RE:    **MPI Mechanical, Inc. v. Federal Insurance Company; Case #04-1228-GMS**

Dear Judge Sleet:

    Please be advised that the parties have agreed in principle on a settlement, with respect to the above-referenced matter. The parties are working diligently, on an acceptable agreement and stipulation, and hope to be back in touch with Your Honor in the very near future, regarding news of a completed settlement.

                                                          Respectfully submitted,

                                                          ROBERT K. BESTE, JR.

RKB/msj
cc:    Patrick R. Kingsley, Esq.
        John J. Graham, Jr., Esq.
        Paul A. Logan, Esq.
        MPI Mechanical, Inc.
05750-0001