**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

October 26, 2006

TO:   Counsel

RE:   MPI Mechanical v. Federal Insurance Company
      Civil Action No. 04-1228

Dear Counsel

Please submit a status report regarding settlement of the above-referenced case, via electronic case filing, by November 10, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet