IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC., | : |
| Plaintiff, | : |
| | : Case No. 04-1228 GMS |
| v. | : |
| FEDERAL INSURANCE COMPANY, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

### STATUS REPORT OF PLAINTIFF, MPI MECHANICAL, INC.

Plaintiff, MPI Mechanical, Inc. ("MPI") hereby submits to the Court the following Status Report pursuant to the Court's letter dated October 26, 2006 requesting the same.

MPI entered into a settlement agreement with Federal Insurance Company ("Federal") and Donald M. Durkin Contracting, Inc. ("Durkin"). The settlement agreement between MPI, Federal and Durkin is tied to the outcome of Durkin's action against the City of Newark in a matter styled as Donald M. Durkin, Contracting, Inc. v. City of Newark, et al., Civil Action No.: 04-0163 GMS (the "Durkin Action").

The payment under the settlement agreement is due to MPI within thirty (30) days following the final disposition of post-trial motions in the Durkin Action. After the settlement payment is made to MPI, MPI will promptly dismiss the instant action with prejudice.

                                          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                          _____
                                          Edward Seglias, Esq.  (I. D. No. 2822)
                                          Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                          1007 Orange St., Nemours Building, Suite 1130
Date: Nov. 1, 2006                     Wilmington, DE 19801 / (302) 425-5089
                                          Attorneys for Plaintiff