## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., do hereby certify that on this 1st day of November, 2006, the attached "Status Report of Plaintiff, MPI Mechanical, Inc." was given to the following, by the method indicated:

### BY ELECTRONIC FILING/SERVICE

Patrick R. Kingsley, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098

          **Cohen, Seglias, Pallas,
          Greenhall & Furman, P.C.**

          _/s/ Robert K. Beste_
          Robert K. Beste, Jr., Esq. (I.D. #154)
          1007 N. Orange Street
          Nemours Building, Suite 1130
          Wilmington DE 19801
          (302) 425-5089
          Attorney for Plaintiff

RKB/msj
05750-0001