IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No. 04-1228 GMS |
| FEDERAL INSURANCE CO. | : |
| Defendant | : |

**ORDER**

IT IS HEREBY ORDERED this 3rd day of June:

The parties are directed to submit a status report regarding the above-captioned case no later than June 17, 2008.

/s/
GREGORY M. SLEET
Chief, United States District Judge