**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MPI MECHANICAL, INC., Plaintiff | No. 04-1228 GMS |
| vs. | |
| | Filed Electronically |
| FEDERAL INSURANCE COMPANY, Defendant | |

**JOINT STATUS REPORT OF DONALD M. DURKIN CONTRACTING, INC.,
MPI MECHANICAL, INC. AND FEDERAL INSURANCE COMPANY**


Pursuant to the Order of this Court, Donald M. Durkin Contacting, Inc., MPI Mechanical,

Inc. and Federal Insurance Co. report that it is believed that case has been settled and that the

case is anticipated to be formally closed within thirty (30) days.

The parties respectfully request that if the case is not closed within forty-five (45) days,

that they provide the Court with an updated status report respecting any remaining issues.

> **Powell, Trachtman, Logan,
> Carrle & Lombardo, P.C.**
>
>
> By: By: ___/s/ Paul A. Logan_____
> Paul A. Logan
> Delaware Supreme Court ID #3339
> 475 Allendale Road, Suite 200
> King of Prussia, PA 19406
> Telephone:  (610) 354-9700
> Fax:        (610) 354-9760
> Co-counsel for Federal Insurance
> Company

#678622v2 3514-08

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPI MECHANICAL, INC., Plaintiff<br>vs.<br>FEDERAL INSURANCE COMPANY,<br>Defendant | No. 04-1228 GMS |

## PROOF OF SERVICE

I, Paul A. Logan, co-counsel for Federal Insurance Company certify that on June 17, 2008, a true and correct copy of the foregoing Joint Status Report of Donald M. Durkin Contracting, Inc., MPI Mechanical, Inc. and Federal Insurance Company was served upon the following in the manner indicated:

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801
Email: rbeste@cohenseglias.com
Via CM/ECF

John J. Graham, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
United Plaza , 19th Floor
30 South 17th Street
Philadelphia, PA 19103-4010
Via U.S. Mail, Postage Prepaid
              Attorneys for Plaintiff

Patrick R. Kingsley, Esquire
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Via U.S. Mail, Postage Prepaid

Frances Gauthier, Esquire
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 652-5200
Fax: 302-576-5858
Email: fgauthier@stradley.com
              Co-Counsel for Defendant

**Powell, Trachtman, Logan,
      Carrle & Lombardo, P.C.**

By: ___/s/ Paul A. Logan_____
      Paul A. Logan
      Delaware Supreme Court ID #3339
      475 Allendale Road, Suite 200
      King of Prussia, PA 19406
      Telephone:  (610) 354-9700
      Fax:         (610) 354-9760
      Co-counsel for Federal Insurance
                  Company

#678622v2 3514-08