IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MPI MECHANICAL, INC.,

      Plaintiff,

  v.

FEDERAL INSURANCE COMPANY,

      Defendant.

Case No. 04-1228 GMS

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff, MPI Mechanical Inc. ("MPI"), and counsel for Defendant, Federal Insurance Company, ("Federal"), that said parties have settled and consent to the dismissal of all claims with prejudice as provided in the Mutual Agreement of Settlement and Release executed by MPI and Federal. The parties to this Stipulation further agree to bear their own costs and expenses.

**COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.**

By: /s/ Edward Seglias, Esquire
    Edward Seglias, Esquire
    1007 North Orange Street, Suite 1103
    Nemours Building
    Wilmington, DE 19801
    (302) 425-5089
    *Attorneys for Plaintiff, MPI Mechanical, Inc.*

**STRADLEY RONON STEVENS & YOUNG, LLP**

By: /s/ Patrick R. Kingsley, Esquire
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000 Phone
(215) 564-8120 Fax

And

Frances Gauthier, Esquire
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19801
(302) 576-5850 Phone
(302) 576-5858 Fax

*Attorneys for Defendant,*
*Federal Insurance Company*


**BY THE COURT**:

_____
, J.